JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

GRETA GILMORE,

    Plaintiff,

v.

A & S COLLECTION ASSOCIATES INC.,

    Defendant.

Case No.: CV09-04005 GAF (JCx)

**ORDER ENTERING JUDGMENT**

On January, 22, 2010, Plaintiff, GRETA GILMORE, presented a Motion for Default Judgment against Defendant, A & S COLLECTION ASSOCIATES INC. (Defendant). This court awards judgment in favor of Plaintiff, GRETA GILMORE, awards $2000.00 as damages and $2678.20 as attorneys' fees and $350.00 in costs for a total award of $5,028.20.

**IT IS ORDERED**

Dated: March 19, 2010

Honorable Gary Allen Feess
United States District Judge